UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| CONNOR B., by his next friend, ROCHELLE VIGURS, et. al., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs<br><br>       v.<br><br>DEVAL L. PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts, et al.,<br><br>                   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>C.A. No. 3:10-cv-30073 (MAP) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO ORDER DISCLOSURE OF PERSONAL DATA**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), third party witness Lauren Ashley James, by and through her undersigned attorneys, respectfully requests an extension of time to respond to Defendants' Motion to Order Disclosure of Personal Data ("Motion to Order Disclosure") until four business days following the release of Ms. James's case file by the Massachusetts Department of Children and Families ("DCF") to her and her counsel for review.

As grounds for this motion, Ms. James states:

1. Defendants' Motion to Order Disclosure was filed on July 18, 2012. Pursuant to Local Rule 7.1(b)(2), a response to the Motion to Order Disclosure is due August 1, 2012.

2. Ms. James has been in the process of changing her residence and just retained pro bono legal counsel on July 31, 2012.

3. Representatives from DCF have advised Ms. James that it may take the agency several months to release her case file. Defendants' counsel has advised counsel for Ms. James that DCF may be able to release the case file in closer to two

- 1 -

A/75084607.2

- 2 -

weeks.

4.  Counsel for Ms. James cannot adequately or fully advise Ms. James with respect to the release of her case file until they have an opportunity to review its contents and analyze the confidential information that may require protection prior to disclosure.

5.  Counsel for Ms. James also require additional time to analyze the legal issues raised by the Motion to Order Disclosure and to consult with Ms. James regarding a response based on the contents of her case file and the privacy rights and privileges at issue, as well as a possible confidentiality order.

6.  Counsel for Ms. James contacted counsel for Plaintiffs and counsel for Defendants to obtain their consent to the requested extension.  Plaintiffs have assented to the request but Defendants would not agree to an extension, thus necessitating this motion.

WHEREFORE, Ms. James respectfully requests that her motion be granted, and that the Court extend her time to respond to the Motion to Order Disclosure until four business days following the release of her DCF case file.

A/75084607.2

- 3 -

Respectfully submitted,

**Lauren Ashley James**

By Her Attorneys,


*/s/ Christopher L. Carter*
Christopher L. Carter BBO# 678372
christopher.carter@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
617.951.8000

*Of Counsel*
Sujata Tanikella
sujata.tanikella@bingham.com
Bethany Flaherty
bethany.flaherty@bingham.com
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
212.705.7000


Dated: August 1, 2012


### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned counsel certifies that his colleagues of his firm have conferred with counsel in an attempt to resolve or narrow the issue presented in this motion.  The parties have been unable to resolve the matters in controversy through oral and written communications.


*/s/ Christopher L. Carter*

A/75084607.2

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified in the Notice of Electronic Filing.

This 1st day of August, 2012.

*/s/ Christopher L. Carter*

A/75084607.2