```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


CONNOR B., by his next           )
friend, ROCHELLE VIGURS,         )
ET AL.,                          )
        Plaintiffs               )
                                 )
             v.                  )  C.A. No. 10-cv-30073-MAP
                                 )
DEVAL L. PATRICK, ET AL.,        )
        Defendants               )
```

ORDER OF TRANSFER

November 14, 2012

PONSOR, U.S.D.J.

    The court has this day allowed Defendants' Motion to Transfer Venue (Dkt. No. 180). Pursuant to the discretion afforded the undersigned pursuant to his senior status, this case is hereby ordered transferred to the Clerk in Boston to be redrawn to another judge.

    The December 20, 2012 pretrial conference and hearing on motion for summary judgment is hereby vacated. Similarly, the January 21, 2013 trial date is also vacated. The new judge assigned to this case will be providing a new schedule.

    It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        U. S. District Judge