UNITED STATES DISTRICT COURT

| | |
|---|---|
| CONNOR B., by his next friend, ROCHELLE VIGURS, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | C.A. No. 1:10-cv-30073 (WGY) |
| v. | |
| DEVAL L. PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts, et al., | |
| Defendants. | |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE RECORD

Defendants' are entitled to Judgment on the Record because Plaintiffs have not established that Defendants violate the constitutional or statutory rights of the Plaintiff class. Specifically, Plaintiffs have failed to prove that Defendants: (1) deprive the Plaintiff class of their basic human needs through action that shocks the judicial conscience; (2) violate the rights of the Plaintiff class to familial association; (3) violate the Plaintiff's procedural due process rights; or (4) violate the Adoption Assistance and Child Welfare Act. For the reasons more specifically enumerated in the attached memorandum, this Court should grant judgment in favor of Defendants on all counts.

1

Respectfully submitted,

THE HON. DEVAL L. PATRICK, GOVERNOR, SECRETARY JUDYANN BIGBY, AND COMMISSIONER ANGELO MCCLAIN,

By their attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL


/s/ Liza Tran_____
Liza Tran, BBO # 646818
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Phone: (617) 963-2920
Facsimile: (617) 727-3076
liza.tran@state.ma.us


**CERTIFICATE OF SERVICE**

I, Liza Tran, Assistant Attorney General, hereby certify that I have this day, April 30, 2013, served the foregoing document upon all parties by electronic mail.


/s/ Liza Tran _____